**Order entered November 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00685-CV

### IN RE STATE OF TEXAS, Relator

**Original Proceeding from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00600-2016**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus and **DIRECT** the trial court to issue written orders vacating all orders and judgments signed after August 7, 2017 in trial court cause number 006-00600-2016 and reinstating the May 12, 2017 judgment in trial court cause number 006-00600-2016. We further **ORDER** the trial court to file with this Court, within thirty (30) days of the date of this order, a certified copy of its orders issued in compliance with this order and with the Court's opinion of this date. Should the trial court fail to comply with this order, the writ will issue.

We **ORDER** the real party in interest to bear the costs, if any, of this original proceeding.

/s/    LANA MYERS
        JUSTICE